UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GEORGE LODER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:20-cv-00157-JDL |
| | ) | |
| MAINE INTELLIGENCE ANALYSIS CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON DISCOVERY ISSUES**

The Court held a telephonic conference on March 3, 2021, to discuss several discovery issues.

After consideration of the parties' arguments, for the reasons stated on the record, the Court orders:

1. Defendants' interrogatory no. 17: On or before March 19, 2021, Plaintiff shall inform Defendants as to whether he intends to seek to recover for any economic losses. If Plaintiff intends to assert a claim for economic losses, Plaintiff shall identify the losses claimed and the monetary amount of each claimed loss.

2. Defendants' interrogatory no. 20: On or before March 19, 2021, Plaintiff shall inform Defendants in writing whether he claims damages for emotional distress for which he sought treatment.

3. Defendants' request for production of documents no. 26: On or before March 19, 2021, Plaintiff shall produce copies of the communications and request forms related to his leave pursuant to the Family Medical Leave Act. Plaintiff shall

also inform Defendants in writing whether he received any treatment related to the leave and, if so, shall identify the providers with whom he treated.

4. <u>Defendants' request for production no. 50</u>: On or before March 19, 2021, Plaintiff shall provide Defendants with a copy of the fee agreement between Plaintiff and counsel.

5. On or before March 19, 2021, Plaintiff shall provide answers to each interrogatory in response to which he referred to the narrative attached to his answers to interrogatories.

6. Plaintiff requests leave to conduct more depositions than authorized under the Scheduling Order. The parties shall confer and notify the Court by March 12, 2021, whether a telephonic conference is required to address the issue and whether the parties believe a modification of the Scheduling Order is necessary.

## **NOTICE**

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 4th day of March, 2021.