UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GEORGE LODER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:20-cv-00157-JDL |
| | ) | |
| MAINE INTELLIGENCE ANALYSIS CENTER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON DISCOVERY ISSUE

The Court held a telephonic conference on April 30, 2021, to discuss a discovery issue. After consideration of the parties' arguments, for the reasons stated on the record, the Court orders Plaintiff to supplement his answer to interrogatory number 17 as set forth herein.

During the conference, Plaintiff, through counsel, represented that he intended to claim economic damages based on the difference in the rate of pay between his former employment as a detective and his current employment as a trooper. On or before May 7, 2021, Plaintiff shall supplement interrogatory number 7 to state the amount of the economic loss, if any, Plaintiff claims for each year he has worked as a trooper.

## NOTICE

Any objections to this order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 30th day of April, 2021.