UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GEORGE LODER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAINE DEPARTMENT OF )<br>PUBLIC SAFETY, )<br>)<br>Defendant. )<br>) | Case No. 2:20-cv-00157-JDL |

## JURY VERDICT FORM

We the jury unanimously find as follows:

1. Has George Loder proven, by a preponderance of the evidence, that he engaged in protected activity under the Maine Whistleblowers' Protection Act?
   Yes __✓__  No _____ (check one)

*After answering Question #1, answer Question #2 only if your answer to Question #1 was "Yes." Otherwise, do not answer any further questions, and the jury foreperson should sign and date the verdict form.*

2. Has George Loder proven, by a preponderance of the evidence, that the Department of Public Safety took an adverse employment action against him?
   Yes __✓__  No _____ (check one)

*After answering Question #2, answer Question #3 only if your answers to Questions #1 and #2 were "Yes." Otherwise, do not answer any further questions, and the jury foreperson should sign and date the verdict form.*

3. Has George Loder proven, by a preponderance of the evidence, that his protected activity made a difference in the decision to take adverse employment action against him or, if you find that there is more than one cause or factor that led the Department of Public Safety to take adverse employment action against him, has he proven, by a preponderance of the evidence, that it is more likely than not that his protected activity made a difference in the decision to take adverse employment action against him?

1

Yes **✓**     No_____     (check one)

*After answering Question #3, answer Question #4 regarding damages only if your answers to all prior Questions were "Yes." Otherwise, do not answer any further questions, and the jury foreperson should sign and date the verdict form.*

4. What amount of compensatory damages, if any, do you award George Loder?

   **Three Hundred Thousand Dollars**     ($**300,000**)
   [write out in words]                    [numerals]

*The verdict form must be dated and signed by the jury foreperson.*


Signature Redacted – Original on file with the Clerk's Office

Dated at Portland, Maine this **2** day of December 2022.

2