# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MAINE

GEORGE LODER,

    Plaintiff

      v.

MAINE DEPARTMENT OF PUBLIC
SAFETY,

    Defendant

CIVIL ACTION NO. 2:20-cv-00157-JDL

## STIPULATED ORDER

As stipulated and agreed to by the parties, the Court hereby **ORDERS** the following:

A.  Judgment shall be entered pursuant to Fed. R. Civ. P. 58 for the Plaintiff against
Defendant for $300,000, plus prejudgment interest at the one year United States
Treasury bill rate plus 3% as set forth in 14 M.R.S. § 1602-B.

B.  The Court will arrange for a settlement conference between the parties as soon as
practicable.

C.  Defendant's deadline to file a motion for a new trial pursuant to Fed. R. Civ. P.
50(b) is stayed pending the outcome of the settlement conference.

D.  Plaintiff's deadline to file an application for attorney's fees and costs is stayed
pending the outcome of the settlement conference, a motion for a new trial and
the expiration of the time for filing a timely appeal with no appeal filed.

E.  If the settlement conference does not result in a successful settlement, the
Defendant's deadline to file a motion for a new trial on any issue, including a jury

1

issue not decided by a verdict, shall be 28 days after the date of the settlement conference.

F.  The Defendant's right to appeal an order denying a new trial shall be 30 days from the entry of such an order pursuant to Federal Rules of Appellate Procedure 4(a)(4) and shall not be waived, forfeited, or otherwise adversely affected by the entry of judgment on this date.

G.  In order to facilitate and increase the likelihood of a successful settlement conference, no later than 3 business days prior to the settlement conference, Plaintiff's counsel agrees to provide a good-faith accurate summary of fees and expenses to Defendant's counsel.  Plaintiff's counsel will also bring original copies of contemporaneous records of fees and expenses to the settlement conference that the judge mediating the settlement conference may review.

**SO ORDERED.**

**Dated: December 16, 2022**

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**