## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **GEORGE LODER,** )<br>     **Plaintiff** )<br> )<br>**v.** )<br> )<br>**MAINE DEPARTMENT OF PUBLIC** )<br>**SAFETY, et al.,** )<br>     **Defendants** ) | CIVIL NO. 2:20-cv-00157-JDL |

### **JUDGMENT**

In accordance with the Order on Defendants' Motion to Dismiss, issued on March 3, 2021, by Chief U.S. District Judge Jon D. Levy and the Order on Motion for Summary Judgment, issued on August 11, 2022, by Chief U.S. District Judge Jon D. Levy; JUDGMENT is hereby entered in favor of Defendants, Scott Ireland and Michael Johnston, against the Plaintiff, George Loder.

In accordance with the Oral Order Dismissing Defendant John Cote, made by Chief U.S. District Judge Jon D. Levy on November 29, 2022, Judgment of Dismissal is hereby entered as to Defendant John Cote.

In accordance with the Order on Defendants' Motion to Dismiss, issued on March 3, 2021, by Chief U.S. District Judge Jon D. Levy; JUDGMENT is hereby entered in favor of Defendant Maine Department of Public Safety,[1] against the Plaintiff, George Loder, on Counts Four and Six of the Complaint.

---

[1] The named Defendants in this action originally included the Maine Intelligence Analysis Center, an administrative unit within the Maine State Police. By an oral order entered on November 29, 2022, the Maine Department of Public Safety was substituted for the Maine Intelligence Analysis Center.

The remaining issues were tried to a jury, Chief U.S. District Judge Jon D. Levy presiding. The issues having been duly tried and the jury having rendered its verdict, and in accordance with the Stipulated Order entered on December 16, 2022, JUDGMENT is hereby entered in favor of the Plaintiff, George Loder, against Defendant Maine Department of Public Safety, in the amount of $300,000.00, plus prejudgment interest at the one-year United States Treasury bill rate plus 3% as set forth in 14 M.R.S.A. § 1602-B, plus post judgment interest as allowed by law.

|  |  |
|---|---|
|  | CHRISTA K. BERRY<br>Clerk |
| Dated: December 16, 2022 | By: /s/ Melody Dalphonse<br>Melody Dalphonse<br>Deputy Clerk |